FORM 5(10/06)                    FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br><br>**Maine** | INVOLUNTARY<br>**PETITION** |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br><br>**Mark C. McClure** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.<br>(If more than one, state all.)<br>**0026** | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>**147 Ridge Road**<br>**Portland, ME 04103** | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

COUNTY OF RESIDENCE OR
PRINCIPAL PLACE OF BUSINESS
**Cumberland**

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7     ■ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br><br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>■ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____ | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |
|---|---|---|

| VENUE<br><br>■ Debtor has been domiciled or has had a residence, principal<br>place of business, or principal assets in the District for 180<br>days immediately preceding the date of this petition or for<br>a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general<br>partner or partnership is pending in this District. | FILING FEE (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified<br>in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>_[If a child support creditor or its representative is a petitioner, and if the<br>petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of<br>1994, no fee is required.]_ |
|---|---|

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).

2. ■ The debtor is a person against whom an order for relief may be entered under title 11
of the United States Code.

3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless
such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee,
receiver, or agent appointed or authorized to take charge of less than substantially all
of the property of the debtor for the purpose of enforcing a lien against such
property, was appointed or took possession.

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Name of Debtor   **Mark C. McClure**

OFFICIAL FORM 5 - Involuntary Petition - Page 2

Case No._____

---

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

---

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

**Jonathan Cohen**
Name of Petitioner                           Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity
**Jonathan Cohen
c/o Leonard M. Gulino, Esq.
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
Portland, ME 04104-5029**

X_____
Signature of Attorney                           Date

**Leonard M. Gulino, Esq.**
Name of Attorney Firm (If any)

**Bernstein, Shur, Sawyer & Nelson
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029**
Address
Telephone No.____**(207) 774-1200**

---

X_____
Signature of Petitioner or Representative (State title)

**Ted Goldsmith**
Name of Petitioner                           Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity
**Ted Goldsmith
c/o Matthew Goldfarb, Esq.
482 Congress Street, P.O. Box 15007
Portland, ME 04112-5007**

X_____   8/15/07
Signature of Attorney                           Date

**Matthew Goldfarb, Esq.**
Name of Attorney Firm (If any)

**482 Congress Street, P.O. Box 15007
Portland, ME 04112-5007**
Address
Telephone No.____**(207) 773-8445**

---

X_____
Signature of Petitioner or Representative (State title)

**Thomas Tiberii**
Name of Petitioner                           Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity
**Thomas Tiberii
31 Exchange Street
Portland, ME 04101**

X_____
Signature of Attorney                           Date

**Leonard M. Gulino, Esq.**
Name of Attorney Firm (If any)

**Bernstein, Shur, Sawyer & Nelson
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029**
Address
Telephone No.____**(207) 774-1200**

---

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Jonathan Cohen**<br>**c/o Leonard M. Gulino, Esq.**<br>**Bernstein, Shur, Sawyer & Nelson**<br>**100 Middle Street, P.O. Box 9729**<br>**Portland, ME 04104-5029** | Nature of Claim<br>**Money Loaned - Judgment dated December 15, 1999 and does not include additional interest claimed by creditor** | Amount of Claim<br>**42,754.63** |
| **Ted Goldsmith**<br>**c/o Matthew Goldfarb, Esq.**<br>**482 Congress Street, P.O. Box 15007**<br>**Portland, ME 04112-5007** | Nature of Claim<br>**Money Loaned - Judgment dated October 23, 1997 and does not include additional interest claimed by creditor** | Amount of Claim<br>**28,491.49** |
| **Thomas Tiberii**<br>**31 Exchange Street**<br>**Portland, ME 04101** | Nature of Claim<br>**Rent and other expenses per Judgment dated November 29, 1999 and does not include additional interest claimed by creditor** | Amount of Claim<br>**10,788.80** |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>**82,034.92** |

_____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

OFFICIAL FORM 5 - Involuntary Petition - Page 2                                    Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

**Jonathan Cohen**_____
Name of Petitioner                                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
**Jonathan Cohen
c/o Leonard M. Gulino, Esq.
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
Portland, ME 04104-5029**

X_____
Signature of Attorney                                   Date

**Leonard M. Gulino, Esq.**_____
Name of Attorney Firm (If any)

**Bernstein, Shur, Sawyer & Nelson
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029**
Address
Telephone No.____**(207) 774-1200**

---

X_____
Signature of Petitioner or Representative (State title)

**Ted Goldsmith**_____
Name of Petitioner                                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
**Ted Goldsmith
c/o Matthew Goldfarb, Esq.
482 Congress Street, P.O. Box 15007
Portland, ME 04112-5007**

X_____
Signature of Attorney                                   Date

**Matthew Goldfarb, Esq.**_____
Name of Attorney Firm (If any)

**482 Congress Street, P.O. Box 15007
Portland, ME 04112-5007**
Address
Telephone No.____**(207) 773-8445**

---

X_____
Signature of Petitioner or Representative (State title)

**Thomas Tiberii**_____
Name of Petitioner                                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
**Thomas Tiberii
31 Exchange Street
Portland, ME 04101**

X_____
Signature of Attorney                                   Date

**Leonard M. Gulino, Esq.**_____
Name of Attorney Firm (If any)

**Bernstein, Shur, Sawyer & Nelson
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029**
Address
Telephone No.____**(207) 774-1200**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jonathan Cohen c/o Leonard M. Gulino, Esq. Bernstein, Shur, Sawyer & Nelson 100 Middle Street, P.O. Box 9729 Portland, ME 04104-5029 | **Money Loaned - Judgment dated December 15, 1999 and does not include additional interest claimed by creditor** | 42,754.63 |
| Ted Goldsmith c/o Matthew Goldfarb, Esq. 482 Congress Street, P.O. Box 15007 Portland, ME 04112-5007 | **Money Loaned - Judgment dated October 23, 1997 and does not include additional interest claimed by creditor** | 28,491.49 |
| Thomas Tiberii 31 Exchange Street Portland, ME 04101 | **Rent and other expenses per Judgment dated November 29, 1999 and does not include additional interest claimed by creditor** | 10,788.80 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims     **82,034.92**

_____0____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy