*(original)*

# United States Bankruptcy Court

## District Of Maine

In re    Mark C. McClure
_____
Debtor

Case No. ___07-20909___

Chapter ___11___

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you on ___October 4, 2007___
(date)

in this bankruptcy court, requesting an order for relief under chapter ___11___ of the Bankruptcy Code

(title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 20 days after the service of this summons. A copy of the petition is attached.

| Address of Clerk | US Bankruptcy Court, District of Maine<br>537 Congress St., 2nd Floor<br>Portland, ME 04101 |
| --- | --- |

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

| Name and Address of Petitioner's Attorney | Leonard Gulino, Esq.   &<br>PO Box 9729<br>Portland, ME  04104-5029 | Matthew Goldfarb, Esq<br>PO Box 15007<br>482 Congress Street<br>Portland, ME 04112 |
| --- | --- | --- |

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Alec Leddy
_____
Clerk of the Bankruptcy Court

October 5, 2007
_____
Date

By:___ /s/ Karyn Scovill ___
Deputy Clerk

---

*Set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R .Bankr. P. 1005).

## CERTIFICATE OF SERVICE

I
of**
certify:

*Tom Carow Deputy Sheriff of Portland Maine*

That I am, and at all times hereinafter mentioned was more than 18 years of age;
That on the *16-8-07* day of *October* , ~~19~~ *2007*
I served a copy of the within summons, together with the petition filed in this case, on

*Mark C. McClure*

the debtor in this case, by *[describe here the mode of service]* *in Hand*

the said debtor at *147 Ocean Ridge, Portland Me 04103*

I certify under penalty of perjury that the foregoing is true and correct.

Executed on ____*16-8-07*____ ____*Tom Carow Deputy Sheriff*____
[Date] [Signature]

**State mailing address.